# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Lavonne A. Lewis,

                Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          3:06cv129

JoAnne B. Barnhart, Comm. Social Security Adm.,

                Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/6/07 Order.

Signed: July 6, 2007

Frank G. Johns, Clerk
United States District Court